IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN, PATER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and NICHOLAS SIGNORELLI, JR. and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, <br><br>    Plaintiffs, <br><br>v. <br><br>NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC., <br><br>    Defendant. | Civil Action No.: 08-cv-2092 <br><br> Honorable Stephen C. Robinson |

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC.

**TO:**   THE CLERK OF THIS COURT

       **JAMES M. STEINBERG, ESQ.**
       Brady, McGuire & Steinberg, P.C.
       603 Warburton Avenue
       Hastings-on-Hudson, New York 10706
       Attorneys for Plaintiffs

**SIRS:**

**PLEASE TAKE NOTICE** that the law firm of Tobia & Sorger Esqs., LLC hereby enters an appearance as Counsel for Defendant, Nacirema Environmental Services Company, Inc. in the above-captioned matter. The undersigned attorney is counsel of record for the Defendant in this matter and all papers served on the Defendant should be directed to his attention.

>TOBIA & SORGER ESQS., LLC
>RONALD L. TOBIA, ESQ. (9775)
>500 Supor Boulevard
>Harrison, New Jersey 07029
>973-746-6000
>Attorneys for Defendant Nacirema Environmental
>Services Company, Inc.

BY:  */s/ Ronald L. Tobia, Esq.*
     RONALD L. TOBIA, ESQ. (RT-9775)

DATED:     April 2, 2008


## CERTIFICATION OF SERVICE

I hereby certify that on 2nd day of April 2008 I caused a true and correct copy of the foregoing to be served electronically upon the following:

**JAMES M. STEINBERG, ESQ.**
Brady, McGuire & Steinberg, P.C.
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
Attorneys for Plaintiffs

>  */s/ Ronald L. Tobia, Esq.*
>  RONALD L. TOBIA, ESQ.

DATED:     April 2, 2008