*Robinson, J*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN, PATER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and NICHOLAS SIGNORELLI, JR. and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, <br><br> Plaintiffs, <br><br> v. <br><br> NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC., <br><br> Defendant. | Civil Action No.: 08-cv-2092 <br><br> Honorable Stephen C. Robinson |

## STIPULATION EXTENDING TIME
## TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorney of record for the Plaintiffs and counsel for the Defendant in the above-captioned matter, that the time for Defendant NACIREMA ENVIRONMENTAL SERVICES COMPANY INC. to Answer the Complaint in the above-captioned action is extended up to and including May 2, 2008. Said Defendant waives any defense based upon the lack of personal jurisdiction.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

<table>
<tr><td>

Dated: Hastings-on-Hudson, New York<br>
April 2, 2008

BRADY McGUIRE & STEINBERG, P.C.

BY: _____<br>
JAMES M. STEINBERG (JS-3515)<br>
Attorneys for Plaintiffs<br>
603 Warburton Avenue<br>
Hastings-on-Hudson, New York 10706<br>
(914) 478-4293

</td><td>

Dated: Harrison, New Jersey<br>
April 2, 2008

TOBIA & SORGER, ESQS., L.L.C.

BY: _____<br>
RONALD L. TOBIA, ESQ. (RT-9775)<br>
Attorneys for Defendant<br>
500 Supor Boulevard<br>
Harrison, New Jersey 07029<br>
973-746-6000

</td></tr>
</table>

SO ORDERED:

_____<br>
STEPHEN C. ROBINSON, U.S.D.J.

DATED: April 9, 2008