IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN, PATER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and NICHOLAS SIGNORELLI, JR. and JOHN and JANE DOE, as Beneficiaries of the ANNUITY, PENSION, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,<br><br>      Plaintiffs,<br><br>v.<br><br>NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC.,<br><br>      Defendant. | Civil Action No.: 08-cv-2092<br><br>Honorable Stephen C. Robinson |

FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT
ON BEHALF OF DEFENDANT
NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Nacirema Environmental Services Company, Inc. ("Nacirema") discloses that Nacirema is a non-government, New Jersey corporation with its office located at 211-217 W 5th Street, Bayonne, NJ 07002. There is no parent corporation of Nacirema nor is there any publicly held corporation that owns 10% or more of Nacirema's stock.

                              Ronald L. Tobia, Esq. (RT-9775)
                              **TOBIA & SORGER ESQS., LLC**
                              500 Supor Blvd.
                              Harrison, NJ 07029
                              973-746-6000
                              Attorneys for Defendant

                              BY:     */s/ Ronald L. Tobia, Esq.*
                                      RONALD L. TOBIA

DATED:    May 2, 2008

@PFDesktop\::ODMA/WORLDOX/Z:/DOCS/009161/13/A0096965.WPD