UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO, by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI
and NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO,

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

08-CIV-2092 (SCR)

Plaintiffs,

-against-

NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC.,

Defendant.
----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party is an infant, incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Defendant NACIREMA ENVIRONMENTAL SERVICES COMPANY, INC., and without costs to either parties as against the others. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Hastings-on-Hudson, New York
May 5, 2008

*Case Closed*

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TOBIA & SORGER ESQS., LLC

By: Ronald L. Tobia (RT-9775)
Attorneys for Defendant
500 Supor Boulevard
Harrison, New Jersey 07029
(973) 746-6000

So Ordered:

Stephen C. Robinson

The Honorable Stephen C. Robinson, U.S.D.J.

DATED:
May 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: